1

2

3

4

5

6

7

8                     **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   THOMAS VINCENT HELEAN,                   No. CIV S-06-1321-DFL-CMK-P

12              Plaintiff,

13        vs.                                 ORDER

14   JEFFREY GORDER, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  Pending before the court are plaintiff's applications for leave to proceed in

19   forma pauperis (Docs. 5 & 8).  As to plaintiff's first application, plaintiff did not submit a

20   certified copy of his jail trust account statement for the six-month period immediately preceding

21   the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff was provided the opportunity

22   to submit a certified copy of his trust account statement or the appropriate filing fee.  Plaintiff's

23   second application continues to suffer from the same defect.  Specifically, plaintiff has not

24   submitted a certified copy of his jail trust account statement.  Plaintiff will be provided one

25   additional opportunity to either provide the required trust account statement or pay the full filing

26   fee for this case.  Plaintiff is again cautioned that failure to comply may result in the dismissal of

                                                1

1    this action for lack of prosecution and failure to comply with court rules and orders.  See Local

2    Rule 11-110.

3             Plaintiff has also requested the appointment of counsel (Doc. 8).  The United

4    States Supreme Court has ruled that district courts lack authority to require counsel to represent

5    indigent prisoners in § 1983 cases.  See Mallard v. United States Dist. Court, 490 U.S. 296, 298

6    (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of

7    counsel pursuant to 28 U.S.C. § 1915(e)(1).  See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th

8    Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case,

9    the court does not at this time find the required exceptional circumstances.

10             Accordingly, IT IS HEREBY ORDERED that:

11             1.     Plaintiff shall submit within 30 days of the date of this order, a certified

12    copy of his jail trust account statement, or the appropriate filing fee; and

13             2.     Plaintiff's request for the appointment of counsel is denied.

14

15    DATED:   August 16, 2006.

16

17                             **CRAIG M. KELLISON**

18                             UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26