# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VINCENT HELEAN, | No. CIV S-06-1321-DFL-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| JEFFREY GORDER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's applications for leave to proceed in forma pauperis (Docs. 5 & 8). As to plaintiff's first application, plaintiff did not submit a certified copy of his jail trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff was provided the opportunity to submit a certified copy of his trust account statement or the appropriate filing fee. Plaintiff's second application suffers from the same defect. On August 17, 2006, the court issued an order providing plaintiff an additional opportunity to either pay the filing fees or submit a certified copy of his trust account statement.

///

1         In response to the August 17, 2006, order plaintiff submitted a letter indicating that he is having trouble obtaining the certified trust account statement from jail officials. Plaintiff asks that, if there is a particular form that he needs to submit, the court forward such form to him.  Plaintiff is advised that there is no court-approved form for a certified trust account statement.  Typically, such statements are printed out by the prison or jail officials and certified by those officials with a stamp and signature as being accurate.  Any trust account statement certified by officials as accurate will suffice.

        To the extent plaintiff seeks an additional court form application to proceed in forma pauperis, the Clerk of the Court will be directed to send plaintiff the form.  The court will also sua sponte extend the deadline for plaintiff to comply with the court's August 17, 2006, order to 30 days from the date of this order.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    The Clerk of the Court is directed to forward to plaintiff a copy of the court's form application to proceed in forma pauperis by a prisoner; and

        2.    Within 30 days of the date of this order, plaintiff shall either pay the full filing fee for this action or submit a certified copy of his trust account statement.

DATED: September 5, 2006.

                                            _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE